FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

OCT 2 2 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CR. NO. **2:07cr246-MEF** |
| ERNEST CHARLES JACKSON | ) | [18 USC 641] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 27th day of September, 2005, through on or about the 13th day of October, 2005, at Maxwell Air Force Base, Alabama, and Ft. Rucker, Alabama, both within the Middle District of Alabama,

ERNEST CHARLES JACKSON,

defendant herein, did steal, purloin and knowingly convert to his own use, money and things of value from the United States and a department and agency of the United States, namely the Army Air Force Exchange Service, in an amount in excess of $1,000.00, to wit: he issued personal checks to the Army Air Force Exchange Service which he then well knew would be insufficient, in violation of Title 18, United States Code, Section 641.

A TRUE BILL:

*/s/ Foreperson*
FOREPERSON

*/s/ Leura G. Canary*
LEURA G. CANARY
UNITED STATES ATTORNEY

*/s/ Kent Brunson*
Kent B. Brunson
Assistant United States Attorney