IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07cr246-MEF |
| | ) | |
| ERNEST CHARLES JACKSON | ) | |

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on February 22, 2008 before the undersigned Magistrate Judge. Present at this conference were Aylia McKee standing in for Donnie Bethel, counsel for the defendant, and Assistant United States Attorney Kent Brunson, counsel for the government. As a result of the conference, it is hereby ORDERED as follows:

1. Jury selection is set for April 7, 2008. The trial of this case is set during the trial term commencing on April 7, 2008 before Chief United States District Judge Mark E. Fuller and is expected to last 2 days.

2. There are no motions currently pending.

3. Proposed voir dire questions shall be filed on or before March 31, 2008. Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All motions in limine shall be filed on or before March 31, 2008. Motions in limine must be accompanied by a brief. Failure to file a brief

    will result in denial of the motion.

5. Proposed jury instructions shall be filed on or before March 31, 2008.

6. The court will not consider a plea pursuant to Rule 11(c)(1)(A) or (C) unless notice is filed on or before noon on March 26, 2008 . The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on April 7, 2008. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on April 7, 2008, as to all defendants, even though a particular guilty plea was not accepted by the court.

7. This case is set for a final pretrial conference on March 14, 2008 at 3:00 p.m. in Courtroom 5B.

DONE, this 26th day of February, 2008.

                                          /s/ Susan Russ Walker  
                                          SUSAN RUSS WALKER  
                                          UNITED STATES MAGISTRATE JUDGE